# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

LUKE ALEXANDER UDOUJ                                            PLAINTIFF

v.                           CASE NO. 2:22-CV-2045

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                  DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc.22) from United States Magistrate Judge Barry A. Bryant. Plaintiff Luke Alexander Udouj has filed a response (Doc. 23) with no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this April 12, 2023.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE